**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

JAMES JONES,

Petitioner, : Case No. 2:26-cv-00222

- vs - District Judge Michael H. Watson
Magistrate Judge Michael R. Merz

WARDEN,
Belmont Correctional Institution,

:

Respondent.

# DECISION AND ORDER DENYING MOTION FOR STAY

This habeas corpus case is before the Court on Petitioner's Second Motion to Stay (ECF No. 19). Petitioner requests a stay pending state court decision of his motion for resentencing which he represented he had just mailed to the Muskingum County Clerk of Courts. Having been directed to supplement the record with a time-stamped copy of that motion, Respondent reports that no such motion has been filed and, indeed, Petitioner has not withdrawn postage money between October 1 and 14, 2026 (ECF No. 21).

The case is presently pending on Petitioner's Response (Objections)(ECF No. 16) to the Magistrate Judge's Report and Recommendations (ECF No. 15) recommending that the Petition be dismissed. Respondent's time to respond to those objections has expired, so the Report is ripe for consideration by Judge Watson.

Petitioner's second Motion for Stay is denied.

IT IS SO ORDERED.

October 19, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge